# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Samuel Leek Salpatoria,

    Plaintiff,

Case No. 20-cv-1479 (SRN/ECW)

v.

**ORDER**

Chad Winkel et al,

    Defendants.

Samuel Leek Salpatoria, Plaintiff *pro se*.

+
This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated February 17, 2021 [Doc. No. 14]. No objections have been filed in the time period permitted by the Local Rules.

Accordingly, and after an independent review of the files, records, and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT** this matter is **TRANSFERRED** to the U.S. District Court for the District of South Dakota under 28 U.S.C. § 1406(a).

DATED: March 9, 2021            s/Susan Richard Nelson  
                                                            SUSAN RICHARD NELSON  
                                                            United States District Judge