UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL LEEK SALPATORIA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHAD WINKEL, OFFICER; JOSEPH LARSON, OFFICER; CATHERINE ANNE WOOD, TEE ARCHAMBEAU, JOSHUA FELOY, ANGELA STIENCKE, STEPHANIE HARMINTON, JOSHUA KELIMEK, KIM IPPOICOTTA, REBECCA SCHIELFFER, ROBERT KEVIN, LT. MARY, LT. MIKE, OFFICER GOURG,<br><br>　　　　　Defendants. | 4:21-CV-04037-LLP<br><br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE |

　　Plaintiff, Samuel Leek Salpatoria, filed a pro se civil rights lawsuit under 42 U.S.C. § 1983. Doc. 1. This Court ordered Salpatoria to file a certified prisoner trust account report so this Court could consider his motion for leave to proceed in forma pauperis. Doc. 19. Salpatoria had until May 10, 2021, to file a certified prisoner trust account report or pay the full filing fee. *Id.* This Court noted that Salpatoria's failure to comply would result in the dismissal of his lawsuit. *Id.* The time has now passed and Salpatoria has not complied with this Court's order.

　　Accordingly, it is ORDERED:

　　1. That Salpatoria's complaint is dismissed for failure to prosecute.

　　DATED May 12, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

ATTEST
MATTHEW W. THELEN, CLERK

　　　　　　　　　　　　　　　　　　Lawrence L. Piersol
　　　　　　　　　　　　　　　　　　United States District Judge