UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL LEEK SALPATORIA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHAD WINKEL, OFFICER; JOSEPH LARSON, OFFICER; CATHERINE ANNE WOOD, TEE ARCHAMBEAU, JOSHUA FELOY, ANGELA STIENCKE, STEPHANIE HARMINTON, JOSHUA KELIMEK, KIM IPPOICOTTA, REBECCA SCHIELFFER, ROBERT KEVIN, LT. MARY, LT. MIKE, OFFICER GOURG,<br><br>                Defendants. | 4:21-CV-04037-LLP<br><br><br>JUDGMENT |

For the reasons contained in the Order Dismissing Complaint for Failure to Prosecute, it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint, Doc. 1, is dismissed without prejudice.

DATED May 12, 2021.

ATTEST:
MATTHEW W. THELEN, CLERK

*[signature: Matthew Thelen]*

BY THE COURT:

*[signature: Lawrence L. Piersol]*
Lawrence L. Piersol
United States District Judge